FILED
CLERK, U.S. DISTRICT COURT

August 16, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| JOEL D. JOSEPH,<br><br>　　Plaintiff,<br><br>v.<br><br>ALAN L. KAYE; AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　Defendants. | Case No. 2:16-cv-01245-SJO-GJS<br><br>**JUDGMENT**<br><br>Hon. S. James Otero |

On July 7, 2016, the Court granted the Motions to Dismiss of American General Life Insurance Company ("American General") and Alan L. Kaye ("Kaye") with prejudice pursuant to Fed. R. Civ. P. 12(b)(6). Accordingly, judgment is entered in favor of American General and Kaye. For the purposes of Federal Rule of Civil Procedure 54(d), 28 U.S.C. § 1920, and Civil Local Rules 54-1 through 54-10,

//////////////////

//////////////////

//////////////////

Case No. 2:16-cv-01245-SJO-GJS　　　1
JUDGMENT

1
2  American General and Kaye are the prevailing parties in this matter and, upon
3  determination of the clerk of this Court, are entitled to recover appropriate costs as
4  authorized by law.
5
6  IT IS SO ORDERED.
7
8
9
10  Dated: _August 16, 2016.          By:_____
11                                        HONORABLE S. JAMES OTERO
12                                        United States District Judge